**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Hilario AYALA–GANDARIA,**
**Defendant–Appellant.**

**No. 06–10864**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2007.

Christy Lee Drake, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Amarillo, TX, Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Hilario Ayala–Gandaria, Beaumont, TX, pro se.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Hilario Ayala–Gandaria (Ayala) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ayala has filed a response. The record is insufficiently developed to allow consideration at this time of Ayala's claim of ineffective assistance of counsel. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006). Our independent re-

---

**138**

view of the record, counsel's brief, and Ayala's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.